## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

ROSEMARY S. KELLEY,

       Plaintiff,

     v.

MARY MAYHEW and STATE OF MAINE,
DEPARTMENT OF HEALTH AND HUMAN
SERVICES,

       Defendants.

Docket No. 1:12-cv-00390-NT

## STIPULATION OF DISMISSAL

Under Fed. R. Civ. P 41(a)(1)(A)(ii), counsel for all parties to this action hereby stipulate

and consent to the dismissal of the above-captioned case with prejudice and without attorneys'

fees or costs to any party.


Date: October 3, 2014

/s/ David G. Webbert
David G. Webbert, Esq.
Max R. Katler, Esq.
JOHNSON, WEBBERT & YOUNG, LLP
160 Capitol Street, P.O. Box 79
Augusta, Maine  04332-0079
(207) 623-5110
dwebbert@johnsonwebbert.com
Attorneys for Plaintiff

/s/ Susan P. Herman
Susan P. Herman, Assistant Attorney General
OFFICE OF THE ATTORNEY GENERAL
6 State House Station
Augusta, ME  04333-0006
(207) 626-8552
Susan.Herman@maine.gov
Attorney for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2014 I electronically filed this filing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following: Susan P. Herman, Assistant Attorney General, Attorney for Defendants

Date: October 3, 2014                          /s/ David G. Webbert
                                               David G. Webbert, Esq.
                                               JOHNSON & WEBBERT, L.L.P.
                                               160 Capitol Street, P.O. Box 79
                                               Augusta, Maine  04332-0079
                                               Tel:  (207) 623-5110
                                               E-Mail: mkatler@johnsonwebbert.com

                                               Attorney for Plaintiffs